## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of ARCHITECTURAL WINDOW SYSTEMS, INC., a Washington corporation, a/k/a ALUMINUM WINDOW SYSTEMS OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>RECORD STEEL & CONSTRUCTION, INC., an Idaho corporation, and SAFECO INSURANCE COMPANY OF AMERICA, INC., a Washington corporation,<br><br>    Defendant. | CASE NO. 8:03-CV110<br><br><br>**ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice. The Court being fully advised in the premises orders as follows:

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, including all pending counterclaims.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs, expert witness fees, and attorney fees.

DATED this 8th day of September, 2003.

                      BY THE COURT:

                      s/Joseph F. Bataillon
                      JOSEPH F. BATAILLON
                      UNITED STATES DISTRICT JUDGE